UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 04cv10943 MLW |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S REQUEST** |
| ) | **FOR ENTRY OF DEFAULT** |
| vs. ) | |
| ) | |
| **Emily & James Terilli** ) | |
| ) | |
| Defendant ) | |
| ) | |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and requests this Honorable Court to enter a default against Defendants Emily & James Terilli (hereinafter the "Defendants"), in this action.

As reasons therefore, the Plaintiff states that Defendants have failed to appear, have failed to serve a responsive pleading, and have failed to otherwise defend against the Plaintiff's claims, pursuant to Rule 12 of the Fed. R. Civ. P.

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court enter a default against Defendants. The Affidavit of Plaintiff's Attorney reciting compliance with Rule 12 and Rule 55 of the Fed. R. Civ. P. is annexed hereto and made a part hereof.

Respectfully Submitted, for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

7/1/04
Date

John M. McLaughlin
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Page 1

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the __1__ day of __July__, 2004, a copy of the foregoing Request for Default was mailed first class to:

Emily & James Terilli
45 Hampson St.
Dracut, MA 01826

_____
John M. McLaughlin, Esq.

Page    2