UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 04cv10943 MLW |
| ) | |
| **Plaintiff,** ) | **AFFIDAVIT OF ATTORNEY FOR** |
| ) | **PLAINTIFF'S REQUEST** |
| vs. ) | **FOR DEFAULT** |
| ) | |
| **Emily & James Terilli** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

Now comes John M. McLaughlin, Attorney for the Plaintiff in the above-entitled action, and, on oath, states the following:

1. On June 2, 2004, the Plaintiff filed a Complaint against the Defendants, **Emily & James Terilli**, in United States District Court, alleging violations of 47 U.S.C. § 553.

2. On June 10, 2004, the said Defendants were served **in hand, by Deputy Sheriff Whitman** (see copy of Deputy Sheriff's Return of Service marked **Exhibit A** and **Exhibit B**, attached hereto, and made a part hereof).

3. Pursuant to the provisions of Rule 12 of the Fed. R. Civ. P., the Defendants had twenty days after being served with the summons and complaint within which to serve an answer to Plaintiff's Complaint.

4. To date, the Defendants have failed and neglected to file an answer to Plaintiff's Complaint or to otherwise defend against Plaintiff's claims.

5. I have filed herewith an application for entry of default, with the request that a Notice of Default be entered by this Court.

6.  I have attached a Form of Order entitled Notice of Default, for the Court's use if it shall determine that the said Defendants are in default.

Subscribed and sworn to, under the pains and penalties of perjury, this ___1___ day of __July__, 2004.

                Respectfully Submitted for the Plaintiff,
                Comcast of Massachusetts I, Inc.
                By Its Attorney,

                _____
                John M. McLaughlin
                **MCLAUGHLIN SACKS, LLC**
                31 Trumbull Road
                Northampton, MA 01060
                Telephone: (413) 586-0865
                BBO No. 556328