UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 04cv10943 MLW |
| ) | |
| **Plaintiff,** ) | **ORDER FOR NOTICE OF REQUEST** |
| ) | **FOR DEFAULT** |
| vs. ) | |
| ) | |
| **Emily & James Terilli,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |
| _____ ) | |

Upon application of the Plaintiff for an order of default for failure of the Defendants to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants have been DEFAULTED this _____ day of _____, _____.


BY THE COURT


_____
Deputy Clerk