

EXHIBIT A

%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comast of Masaschusetts I, Inc.

V.

Emily Terilli

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04cv10943 MLW

TO: (Name and address of Defendant)

Emily Terilli
45 Hampson Street
Dracut, MA 01826

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



6-2-04

CLERK

(By) DEPUTY CLERK

Deputy Sheriff



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 11, 2004

I hereby certify and return that on 6/10/2004 at 5:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to EMILY TERILLI at, 45 HAMPSON Street, DRACUT, MA 01826. Attest ($5.00), Basic Service Fee ($30.00), Postage and Handling ($1.00), Travel ($16.24) Total Charges $52.24

*Gerard M Whitman*
**Deputy Sheriff**

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                Signature of Server

_____
Address of Server

0401953y

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.