**EXHIBIT B**

AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of Massachusetts

Comast of Masachusetts I, Inc.

V.

James Terilli

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04cv10943 MLW

TO: (Name and address of Defendant)

James Terilli
45 Hampson Street
Dracut, MA 01826

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS



6-2-04

CLERK

(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 11, 2004

I hereby certify and return that on 6/10/2004 at 5:45PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to JAMES TERILLI at , 45 HAMPSON Street, DRACUT, MA 01826. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($1.20), Postage and Handling ($1.00), Travel ($16.24) Total Charges $53.44

*Gerard N Whitman*
_____
Deputy Sheriff

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

04019538