UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** )<br>)<br>    Plaintiff,           )<br>)<br>vs.                              )<br>)<br>**Emily & James Terilli**   )<br>)<br>    Defendant              ) | Case No.: 04cv10943 MLW<br><br>**PLAINTIFF'S MOTION FOR<br>WITHDRAWAL WITHOUT PREJUDICE<br>OF REQUEST<br>FOR ENTRY OF DEFAULT** |

Now comes the Plaintiff Comcast of Massachusetts I, Inc. (hereinafter "Comcast" or the "Plaintiff") in the above-entitled action and it now moves this Honorable Court to withdrawal its prior Request for Entry of Default in this action filed on July 1, 2004.

As reasons therefore, the Plaintiff states.

**WHEREFORE**, the Plaintiff respectfully moves this Honorable Court to withdraw without prejudice its pending Request for Entry of Default against the Defendants. The Affidavit of Plaintiff's Attorney verifying the above referenced factual scenario is annexed hereto and made a part hereof.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Attorney,

_____        _____
Date                            John M. McLaughlin
                                **MCLAUGHLIN SACKS, LLC**
                                31 Trumbull Road
                                Northampton, MA 01060
                                (413) 586-0865

## CERTIFICATE OF SERVICE

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the July 1, 2004, a copy of the foregoing was over mailed to:

Emily & James Terilli
45 Hampson St.
Dracut, MA 01826

_____
John M. McLaughlin, Esq.