June 21, 2004

FILED
IN CLERKS OFFICE

2004 JUN 28 P 2: 43

U.S. DISTRICT COURT
DISTRICT OF MASS

To: John M. McLaughlin
Mclaughlin Sacks, LLC
31 Trumbull Road
Northhampton, MA 01060

From: Emily Terilli
45 Hampson Street
Dracut, MA 01826

Subj: Case Number 04cv10943 MLW

cc: United States District Court
Clerk of Courts
Attn: Mr. Tony Anastas

Dear Mr. McLaughlin:

I am hereby answering to the complaint which was herewith served upon you within the allotted 20 days. This complaint has been ongoing since the year of 1997, moving from cable company to cable company which should have been resolved by AT&T back in 1997. This complaint has caused undue stress to a disability which I have and continues to cause turmoil which complicates my health.

An electric cable device was purchased by my son, James Terilli back in 1997. The cable device turned out to be a descrambling device. When James Terilli found out that this cable box was in turn a descrambling box he returned it to the company from which he purchased it within days of the received item.

Time went by and AT&T showed up at our residence twice unannounced. This was a definite surprise. They entered our residence insisting that we had the box in our possession. After trying unsuccessfully to explain to them that we no longer had this box and after a search in our residence without a search warrant, AT&T seemed satisfied after not finding any type of illegal boxes or any type of illegal cable activity. The matter seemed closed.

Again, after an amount of time we were approached through a letter by AT&T stating that the situation of the purchased cable box would end in litigation unless we paid AT&T an amount of $3000.00 and turned in the box to them which we did not have in our possession as the box was returned back to the provider. This was repeatedly explained to AT&T and it was a surprise because we thought this matter was resolved after they searched our home and found nothing.

It is now 2004 and on the 10th of June we received court papers from District Court served by the plaintiff's attorney, yourself, Mr. John M. McLaughlin. The court paper's were filled with the company name of Comcast (who did not even exist in Dracut in 1997). So, my question is, what company our we dealing with and why? This box is a NON ISSUE and was returned within days of being received. My curiosity and most importantly my health needs answers on all these issues that have continued to plague us since 1997.

I request with much sincerity that we work together to resolve this matter.

Sincerely,

Emily Terilli

*[signature: Emily Terilli]*

*[signature and notary stamp: LISA S. KING, Notary Public, Commonwealth of Massachusetts, My Commission Expires December 12, 2008]*

6/25/04