# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **Comcast of Massachusetts I, Inc. ("Comcast")**      ) | Case No.: **04-10943-MLW** |
| ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Plaintiff,     ) | **TO JOINT STATEMENT OF THE** |
| ) | **PARTIES** |
| vs.     ) | **PURSUANT TO LOCAL RULE 16.1(D)** |
| ) | |
| **Emily Terilli, et al**     ) | |
| ) | |
| Defendant     ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on the 16th day of December 2004, a copy of the foregoing Joint Statement of the Parties was sent via first-class mail to:

> Emily Terilli
> James Terilli
> 45 Hampson Street
> Dracut, MA  01826

/s/ John M. McLaughlin
John M. McLaughlin, Esq.