UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMCAST OF MASSACHUSETTS I, INC., ) ) ) Plaintiff, ) v. ) ) EMILY TERILLI & JAMES TERILLI, ) ) Defendants. ) | CIVIL ACTION NO. 04-10943-JGD |

## SCHEDULING ORDER

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, the Court adopts the following, as agreed to by all parties:

1. This case will be referred to mediation. The parties shall be notified of a specific date and time for this meeting by the Alternative Dispute Resolution ("ADR") provider.

2. The Plaintiff will notify the Court of the outcome of mediation and whether a new scheduling conference is required.

3. There is no current schedule regarding discovery.

                                                / s / Judith Gail Dein
                                                Judith Gail Dein
                                                United States Magistrate Judge

DATED: January 5, 2005