UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS, INC.,          )
                                         )
            Plaintiff,                   )
      v.                                 )          CIVIL ACTION
                                         )          NO. 04-10943-JGD
EMILY TERILLI & JAMES TERILLI,           )
                                         )
            Defendants.                  )

## SETTLEMENT ORDER OF DISMISSAL

DEIN, U.S.M.J.

The Court having been advised on January 12, 2006 that the above-entitled action

has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without

prejudice to the right of any party, upon good cause shown, to reopen the action within

thirty (30) days if settlement is not consummated.

By the Court

_/ s / Jolyne D'Ambrosio_____
By: Deputy Clerk

DATED: January 17, 2006